IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**NICOLE WATTS,**

    *Petitioner*,

v.                                                    Case No.: 4:21cv221-MW/EMT

**FLORIDA COMMISSION ON
OFFENDER REVIEW,**

    *Respondent.*
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 13, and has also reviewed *de novo* Petitioner's objections, ECF No. 14. This Court agrees that Petitioner has failed to exhaust her state court remedies prior to filing her § 2254 petition. Moreover, even if she had properly exhausted prior to filing her petition, her claims fail on the merits. Accordingly,

    **IT IS ORDERED**:

The report and recommendation, ECF No. 13, is **accepted and adopted**, over the Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's § 2254 petition, ECF No. 1, is **DENIED**." A certificate of

appealability is **DENIED**. The Clerk shall close the file.

 **SO ORDERED on April 19, 2022.**

**s/Mark E. Walker     **
**Chief United States District Judge**
